UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FREDRICK MENEFIELD,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES A. YATES, et al.,<br><br>    Defendants.<br>_____/ | CASE NO.   1:10-cv-2406-MJS (PC)<br><br>ORDER GRANTING DEFENDANT'S REQUEST FOR SCREENING ORDER AND FOR EXTENSION OF TIME TO FILE ANSWER<br><br>(ECF No. 1) |

Plaintiff James Fredrick Menefield ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Defendants removed this action from state court and now requests that the Court screen Plaintiff's Complaint in accordance with 28 U.S.C. § 1915A. That request is GRANTED. The Court will screen Plaintiff's Complaint in due course.

Defendants also ask that they not be required to answer or otherwise defend against this action until thirty days after the screening order is entered.[1] Defendants' Request is GRANTED. Defendants shall answer or otherwise respond to Plaintiff's claims within thirty days of the Court's screening order, if any claims are found cognizable.

IT IS SO ORDERED.

Dated:   January 7, 2011          /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants are advised that, in the future, they should file a separate Motion for an Extension rather than burying their request for an extension in the Notice of Removal.