# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FREDRICK MENEFIELD, | CASE NO. 1:10-cv-2406-MJS (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR ORDER REQUIRING DEFENDANTS TO RESPOND TO MOTION FOR PRELIMINARY INJUNCTION |
| v. | |
| JAMES A. YATES, et al., | (ECF No. 15) |
| Defendants. | |

Plaintiff James Fredrick Menefield ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action in state court and it was removed to this Court by Defendants. After removing the case, Defendants asked the Court that Defendants not be required to answer the Complaint until after the Court had screened the Complaint. The Court granted this request. Plaintiff then filed a Motion for a Preliminary Injunction. Defendants have not responded to the Motion.

Before the Court is Plaintiff's "Motion to Modify the Order Granting Defendants' Request for Screening Under the PLRA; and Request for Order Requiring Defendants to Respond to Plaintiff's Motion for Preliminary Injunction." (ECF No. 15.) Plaintiff asks that

the Court clarify its prior order excusing Defendants from answering the Complaint until after screening and asks the Court to order Defendants to respond to Plaintiff's motion for injunctive relief.

The Court finds nothing ambiguous about its prior order. The Motion to Modify is DENIED.

Additionally, until the Court screens Plaintiff's Complaint, there is no need to have Defendants actively monitor the docket and respond to all of Plaintiff's motions. Defendants need not respond to Plaintiff's Motion for Preliminary Injunction at this time. Accordingly, in the interest of efficiency and conservation of judicial resources, Plaintiff's Motion for a Court Order requiring Defendants to respond is DENIED. Unless otherwise ordered by the Court, Defendants need not respond to any of Plaintiff's motions, including the previously filed Motion for a Preliminary Injunction, until the Court screens Plaintiff's Complaint. The Court will screen Plaintiff's Complaint in due course and, if it states a claim upon which relief could be granted, the Court will order that Defendants respond to the Complaint and all pending motions at that time.

IT IS SO ORDERED.

Dated:   March 30, 2011                    /s/ *Michael J. Seng*
                                           UNITED STATES MAGISTRATE JUDGE