# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FREDRICK MENEFIELD,<br><br>Plaintiff,<br><br>v.<br><br>JAMES A. YATES, et al.,<br><br>Defendants.<br>_____/ | CASE NO.   1:10-cv-2406-MJS (PC)<br><br>ORDER DENYING MISCELLANEOUS MOTIONS<br><br>(ECF Nos. 24 & 29) |

Plaintiff James Fredrick Menefield ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The parties have consented to jurisdiction by the Magistrate Judge. (ECF Nos. 6 & 7.) The action is proceeding against Defendants based on a number of alleged violations under the First Amendment, the Equal Protection Clause of the Fourteenth Amendment, and the Religious Land Use and Institutionalized Persons Act.

Plaintiff has filed a "Motion for Expedited Screening of his Second Amended Complaint" (ECF No. 24), as well as a "Notice of Unserved Defendants and Motion for Service Documents" (ECF No. 29).

After Plaintiff's Motion for Expedited Screening of his Second Amended Complaint was filed, the Court screened Plaintiff's Second Amended Complaint. (ECF No. 27.) Accordingly, Plaintiff's Motion for Expedited Screening of his Second Amended Complaint (ECF No. 24) is DENIED as moot.

1   After Plaintiff filed his Notice of Unserved Defendants and Motion for Service
2   Documents, the Court ordered service on the remaining Defendants. (ECF No. 36.)
3   Accordingly, Plaintiff's Motion (ECF No. 29) is DENIED as MOOT.

5   IT IS SO ORDERED.
6   Dated:   January 25, 2012          /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE