# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FREDRICK MENEFIELD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES A. YATES, et al.,<br><br>　　　　Defendants. | CASE NO.　1:10-cv-2406-MJS (PC)<br><br>ORDER REQUIRING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION<br><br>(ECF No. 12) |

Plaintiff James Fredrick Menefield ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The parties have consented to jurisdiction by the Magistrate Judge. (ECF Nos. 6 & 7.)

The action is proceeding against Defendants based on a number of alleged violations of the First Amendment, the Equal Protection Clause of the Fourteenth Amendment, and the Religious Land Use and Institutionalized Persons Act.

On February 11, 2011, Plaintiff filed a motion for a preliminary injunction. (ECF No. 12.)[1] Since then, the Court has screened Plaintiff's Second Amended Complaint (ECF No. 22) and ordered service on Defendants (ECF No. 36). It appears that all Defendants have been served, but not yet filed any response to Plaintiff's motion for a preliminary injunction.

Accordingly, Defendants are HEREBY ORDERED to file a response to Plaintiff's

---

[1] Plaintiff has also filed another motion for a preliminary injunction (ECF No. 39), but it merely only refers back to the original motion. Accordingly, the Court will disregard Plaintiff's second motion for a preliminary injunction and issue an order to that effect.

motion for a preliminary injunction (ECF No. 12) within thirty days of entry of this Order.

IT IS SO ORDERED.

Dated: February 10, 2012                    /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE