# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FREDRICK MENEFIELD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES A. YATES, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO.　1:10-cv-2406-MJS (PC)<br><br>ORDER STAYING CASE PENDING COMPLETION OF SETTLEMENT CONFERENCE |

　　　The Court has referred this action to the ADR and Pro Bono Program Director for the United States District Court of the Eastern District of California for settlement purposes. The ADR and Pro Bono Director is currently in the process of scheduling a settlement conference in this matter.

　　　**Accordingly, this case is HEREBY ORDERED STAYED in its entirety pending the scheduling and completion of the settlement conference.** If settlement is not accomplished, the Court will thereafter issue a new scheduling order.

　　　The parties may anticipate further communication regarding the settlement conference from the Court within the first few weeks of March 2012.

IT IS SO ORDERED.

Dated:　February 15, 2012　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1