UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FREDRICK MENEFIELD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JAMES A. YATES, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:10-cv-02406-MJS (PC)<br><br>ORDER DIRECTING CLERK OF THE COURT TO CLOSE CASE PURSUANT TO PARTIES' STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE<br><br>(ECF No. 75)<br><br>CLERK SHALL CLOSE CASE |

　　　Plaintiff James Fredrick Menefield, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on December 28, 2010.

　　　This action is proceeding on Plaintiff's First Amendment claim against Defendants Yates, Trimble, Cate, Davis, Nash, Allen, Walker, Myers, McGee, Bennett, Huckabay, McBride, and Guthery for denial of chapel access, Plaintiff's First Amendment claim against Defendants Yates, Davis, Nash, Fisher, and Myers due disallowance of outside foods at 'Id festivals, Plaintiff's Fourteenth Amendment equal protection claim against Defendant McGee relating to treatment of Muslim inmates, and Plaintiff's Religious Land Use and Institutionalized Persons Act claim against Defendants Yates, Trimble, Cate,

Davis, Nash, Fisher, Allen, Walker, Myers, McGee, Bennett, Huckabay, McBride, and Guthery.  Defendants Allen, James-Bennett, Davis, Fisher, Guthery, Huckabay, McBride, Nash, Walker, and Yates filed an answer on October 17, 2011.  (ECF No. 28.)  Defendant Cate filed an answer on January 24, 2012.  (ECF No. 47.)  An amended scheduling order was issued on February 7, 2012.  (ECF No. 53.)

On May 16, 2012, Plaintiff and Defendants Allen, James-Bennett, Cate, Davis, Fisher, Guthery, Huckabay, McBride, McGee, Myers, Nash, Trimble, Walker, and Yates filed a stipulation for voluntary dismissal of the action, with prejudice.  Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of the Court is HEREBY DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   May 21, 2012                    /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE