# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MENEFIELD<br><br>         Plaintiff,<br><br>    v.<br><br>JAMES A YATES, ET AL.<br><br>         Defendants.<br>_____ / | CASE NO.   1:10-CV-2406-MJS (PC)<br><br>ORDER RE: DISPOSITIVE DOCUMENTS AFTER NOTICE OF SETTLEMENT<br><br>DISPOSITIVE DOCUMENTS SHALL BE FILED WITHIN 90 DAYS.<br><br>TELEPHONIC STATUS CONFERENCE SET FOR AUGUST 31, 2012 at 9:30 AM<br><br>(ECF No. 76) |

A Settlement Conference in this matter was held on May 9, 2012 at Solano State Prison.  This Court was notified by Magistrate Judge Nanador J. Vadas (ECF No. 76) that the case has been completely settled. In accordance with the provisions of Local Rule 160 (Fed R. Civ. P. 16), the Court now orders that all dispositive documents be submitted no later than 90 days from the date of this Order.  In the event the matter is not dismissed prior to August 31, 2012,  a Telephonic Status Conference shall be held on August 31, 2012 at 9:30 a.m. before Magistrate Judge Michael J. Seng.

Failure to comply with this order may be grounds for the imposition of sanctions on

any and all counsel or parties who contributed to the violation of this order (see attached Notice of Local Rule 160 and Local Rule 272.)

ALL COURT DATES HERETOFORE SET IN THIS MATTER ARE HEREBY VACATED.

IT IS SO ORDERED.

Dated:  May 22, 2012                             /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE