IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FREDRICK MENEFIELD,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JAMES A. YATES, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE No. 1:10-cv-02406-MJS (PC)<br><br>ORDER VACATING TELEPHONIC STATUS CONFERENCE SET FOR AUGUST 31, 2012 AT 9:30 AM<br><br>(ECF No. 78) |

　　The Court hereby vacates the telephonic status conference set for August 31, 2012 at 9:30 AM before the undesigned. The parties will be notified of any rescheduled hearing date.

IT IS SO ORDERED.

Dated:　August 31, 2012　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-